Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**

FEB 1 1 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**

FEB 1 7 2010

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: RAYMOND PAUL FARIA | ) Case No: 08-41191 RN 13 |
| Debtor(s) | ) Chapter 13 |
|  | ) **NOTICE OF UNCLAIMED** |
|  | ) **DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case

hereby turns over to the Court, unclaimed dividends in the amount of $3,304.00 name (s) and address (es) of the

claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 08-41191 RN 13 | RAYMOND PAUL FARIA<br>1201 – 84TH AVENUE<br>OAKLAND, CA 94621 | $ DEBTOR | $ 3,304.00 |

Total Unclaimed Dividends                $ 3,304.00

Dated: February 10, 2010

_____
Martha G. Bronitsky, Chapter 13 Trustee